# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CHUCK CHAIYAKUL, | Case No.: 2:22-cv-01650-RFB-MDC |
| Petitioner | **Order Granting Extension of Time to File Second-Amended Petition to July 8, 2024** |
| v. | |
| WARDEN OF HIGH DESERT STATE PRISON, *et al.*, | (ECF No. 17) |
| Respondents. | |

Chuck Chaiyakul asks the Court for an extension to file his second-amended 28 U.S.C. § 2254 habeas corpus petition. (ECF No. 17.) Good cause appearing,

It is ordered that petitioner's unopposed motion for extension of time to file a second-amended petition **(ECF No. 17) is GRANTED**. **The deadline to file the amended petition is extended to July 8, 2024.**

**DATED:** 26 April 2024.

_____
**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**