# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CHUCK CHAIYAKUL,<br><br>　　Petitioner<br><br>v.<br><br>WARDEN OF HIGH DESERT STATE PRISON, *et al.*,<br><br>　　Respondents. | Case No.: 2:22-cv-01650-RFB-MDC<br><br>**Order Granting Extension of Time to File Second Amended Petition to August 22, 2024**<br><br>(ECF No. 19) |

　　Chuck Chaiyakul asks the Court for an extension to file his second amended 28 U.S.C. § 2254 habeas corpus petition. (ECF No. 19.) Good cause appearing, **IT IS ORDERED** that petitioner's unopposed second motion for extension of time to file a second-amended petition **(ECF No. 17) is GRANTED** *nunc pro tunc*. **The deadline to file the amended petition is extended to August 22, 2024.**

　　**DATED:** 23 September 2024.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**RICHARD F. BOULWARE, II**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**