UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| CHUCK CHAIYAKUL,<br><br>　　　　　Petitioner,<br><br>　v.<br><br>WARDEN OF HIGH DESERT STATE PRISON, et al.,<br><br>　　　　　Respondents. | Case No. 2:22-cv-01650-RFB-MDC<br><br>**ORDER** |

　　　Petitioner Chuck Chaiyakul asks the Court for an extension of time to file an opposition to Respondents' motion to dismiss his 28 U.S.C. § 2254 habeas corpus petition. ECF No. 29. Good cause appearing,

　　　**IT IS ORDERED** that petitioner's unopposed motion for extension of time to file an opposition to the motion to dismiss **(ECF No. 29) is GRANTED**. **The deadline to oppose is extended to April 7, 2025**.

　　　DATED: February 7, 2025.

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　**RICHARD F. BOULWARE, II**
　　　　　　　　　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**