# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| CHUCK CHAIYAKUL, | Case No. 2:22-cv-01650-RFB-MDC |
| Petitioner, | **ORDER** |
| v. | |
| WARDEN OF HIGH DESERT STATE PRISON, et al., | |
| Respondents. | |

Respondents ask the Court for an extension of time to file a reply in support of their motion to dismiss Chuck Chaiyakul's 28 U.S.C. § 2254 habeas corpus Petition. ECF No. 34. Good cause appearing,

**IT IS ORDERED** that respondents' unopposed motion for extension of time to file a reply in support of their motion to dismiss (ECF No. 34) is **GRANTED** *nunc pro tunc*. The deadline to reply is extended to April 25, 2025.

**DATED:** April 14, 2025.

_____
**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**