# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| CHUCK CHAIYAKUL,<br><br>Petitioner,<br><br>v.<br><br>WARDEN OF HIGH DESERT STATE PRISON, *et al.*,<br><br>Respondents. | Case No. 2:22-cv-01650-RFB-MDC<br><br>**ORDER** |

Respondents ask the Court for an extension of time to file an answer to Chuck Chaiyakul's 28 U.S.C. § 2254 Habeas Corpus Petition. ECF No. 39. Good cause appearing, **IT IS ORDERED** that Respondents' unopposed motion for extension of time to file an answer to the Petition (ECF No. 39) is **GRANTED** *nunc pro tunc*. Respondents answer is due on or before **December 8, 2025.**

**DATED:** November 14, 2025.

_____
**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**