# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| CHUCK CHAIYAKUL,<br><br>Petitioner,<br><br>v.<br><br>WARDEN HIGH DESERT STATE PRISON, et al.<br><br>Respondents. | Case No. 2:22-cv-01650-RFB-MDC<br><br>**EXTENSION ORDER** |

This habeas matter is before this Court on Respondents' (ECF No. 41) motion for a 30-day extension of time to file their answer to the Second Amended Petition. This is Respondents' second request for an extension of this deadline. The Court finds good cause exists to grant the motion.

**IT IS THEREFORE ORDERED** that the motion for extension of time (ECF No. 41) is **GRANTED**, *nunc pro tunc*. Respondents have up to and including **January 7, 2026**, to file their answer.

**DATED:** December 16, 2025.

_____
**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**