**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| CHUCK CHAIYAKUL, | Case No. 2:22-cv-01650-RFB-MDC |
| Petitioner, | **EXTENSION ORDER** |
| v. | |
| WARDEN HIGH DESERT STATE PRISON, *et al.*, | |
| Respondents. | |

This habeas matter is before this Court on Petitioner Chuck Chaiyakul's (ECF No. 44) unopposed motion for a 45-day extension of time to file his reply to Respondents' Answer to his Second Amended Petition. This is Chaiyakul's first request for an extension of this deadline. The Court finds good cause exists to grant the Motion.

**Therefore, IT IS HEREBY ORDERED** that the motion for extension of time (ECF No. 44) is **GRANTED** *nunc pro tunc*. Chaiyakul has up to and including **April 6, 2026**, to file his reply.

**DATED:** March 2, 2026.

_____
**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**